**Order entered January 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01503-CV

**HOSSEIN JAHANSHAHI, Appellant**

**V.**

**MASOOMEH JANGRAVI, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

The Court has reviewed the clerk's record in this case and has determined that the clerk's record does not include the order that is the subject of the appeal. Accordingly, the Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to prepare, certify and file within five (5) days of the date of this order a supplemental clerk's record including the trial court's October 30, 2014 order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE